**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NORTH CAROLINA
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

November 9, 2016

Joyce Loney
4956 Long Beach Rd.
SE, STE 14
PMB 362
Southport, NC 28461

        RE: <u>Loney v. Navo, et al</u>
            Case No. 7:16-cv-286-FL

Dear Ms. Loney:

On October 14, 2016, the clerk's office issued a summons in this case as prepared by you directed to the defendants in this action. Enclosed are copies of the U.S. Marshal Service's Process Receipts and Returns [DE 10, 11] indicating the summons was returned unserved after attempts to effect service at the address provided.

Please review the service address you have indicated for the named defendants in this action and provide corrected summonses at your earliest opportunity. Enclosed for your convenience are two blank summons forms.

        Kindest Regards,

        Julie A. Richards, Clerk of Court

        *Christa N. Baker*

        By: Christa N. Baker, Deputy Clerk
        (252) 638-7501

Encs.