UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JOYCE LONEY,                          )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )        **JUDGMENT**
                                      )
                                      )        No. 7:16-CV-286-FL
STEVE NAVO and                        )
BLUESTEM BRANDS, INC.,                )
                                      )
                    Defendants.       )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 2, 2017, that this case is dismissed without prejudice for lack of prosecution.

**<u>This Judgment Filed and Entered on March 2, 2017, and Copies To:</u>**
Joyce Loney (via U.S. Mail) 4956 Long Beach Rd., SE, STE 14, PMB 362, Southport, NC 28461


March 2, 2017                    JULIE RICHARDS JOHNSTON, CLERK
                                 _/s/ Christa N. Baker_____
                                 (By) Christa N. Baker, Deputy Clerk